UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

SANDY HUVAL DEVILLIER                    CIVIL ACTION NO. 20-cv-1631

VERSUS                                   JUDGE SUMMERHAYS

U S COMMISSIONER SOCIAL SECURITY         MAGISTRATE JUDGE
ADMINISTRATION                           WHITEHURST

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate

Judge previously filed herein, and having thoroughly reviewed the record, including

the written objections filed, and concurring with the findings of the Magistrate Judge

under the applicable law;

**IT IS ORDERED** that the decision of the Commissioner is AFFIRMED.

THUS DONE AND SIGNED at Lafayette, Louisiana, this the _____

day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE